May 13, 1976

M. P. No. 75-174. ROGER A. PERRON *v.* ZONING BOARD OF REVIEW OF THE TOWN OF BURRILLVILLE. Motion of petitioner for precedence on the calendar under G. L. 1956 (1970 Reenactment) §45-24-9 is denied since that statute does not apply to Supreme Court. *Pucci & Goldin, Samuel A. Olevson,* for petitioner. *Zimmerman, Roszkowski & Brenner, Irving I. Zimmerman, Phillip Koutsogiane,* for respondent.

M. P. No. 75-280. EAST GREENWICH YACHT CLUB *et al. v.* COASTAL RESOURCES MANAGEMENT COUNCIL *et al.* Motion of the attorney for Coastal Resources Management Council to file a brief as amicus curiae 20 days after that of the respondents, is granted. *Higgins, Cavanagh & Cooney, Harold E. Adams, Jr., James M. Micali, Joseph J. McGair,* Asst. City Solicitor, for plaintiffs-respondents. *Gerald G. Norigian, Shayle Robinson,* for petitioner Bayside Development Corp. *Julius C. Michaelson,* Attorney General; *J. Peter Doherty,* Special Asst. Attorney General, for Coastal Resources Management Council, amicus curiae.

M. P. No. 76-111. JUDITH PEREL *v.* MORTON PEREL. Petition for writ of certiorari is denied without prejudice to raising of the issue presented if a decree is entered in Family Court. The stay previously issued by Supreme Court is dissolved. *Lovett & Linder, Ltd., Robert M. Brennan,* for plaintiff-respondent. *Pucci & Goldin, Samuel A. Olevson,* for defendant-petitioner.

M. P. No. 76-146. NICHOLAS PALMIGIANO *v.* JAMES MULLEN, *Warden.* Petition for writ of habeas corpus is denied. Bevilacqua, C. J. not participating. *Barbara Hurst,* Asst. Public Defender, *Richard Gonnella,* Inmate Legal Assistance Program, Office of Public Defender, for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.